# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**APRIL BUNKLEY,**

    **Plaintiff,**

**v.**                                                        Case No. 4:21-cv-382-AW-MAF

**ASICHA GABRIEL and**
**SCOTT WILLIAMS,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 25 Report and Recommendation, ECF No. 5, to which no objection has been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 5) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order."

3. The clerk will close the file.

SO ORDERED on December 1, 2021.

                                                          s/ *Allen Winsor*
                                                          United States District Judge